UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY, SR.,

    Plaintiff,

v.                                     Case No:   2:24-cv-00937-JLB-KCD

RANDY E. MERRILL, ESQ., LLC and
ANN COFFIN,

    Defendants.
_____/

## **ORDER**

    The Magistrate Judge has entered a Report and Recommendation (Doc. 6), recommending that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice. No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order for all purposes.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to timely file an amended motion to proceed *in forma pauperis* or pay the required filing fee, and for failure to prosecute.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on February 7, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE